PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
## for
## Western District of Texas

### Report on Offender Under Supervision

Name of Offender: <u>Ed Coburn Linville</u>  Case Number: <u>A-11-CR-592(01)-LY</u>

Name of Sentencing Judicial Officer: <u>Honorable Lee Yeakel, United States District Judge</u>

Date of Original Sentence: <u>February 28, 2012</u>

Original Offense: <u>Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1)</u>

Original Sentence: <u>120 months' imprisonment, followed by a three-year term of supervised release. Special conditions include substance abuse treatment; financial disclosure; search condition; refrain from the use of alcohol and all other intoxicants; financial restrictions; $3,600 fine (satisfied); and a $100 special assessment (satisfied)</u>

Type of Supervision: <u>Supervised Release</u>   Date Supervision Commenced: <u>April 21, 2020</u>

Assistant U.S. Attorney: <u>Grant Sparks</u>   Defense Attorney: <u>Jose I. Gonzalez-Falla (AFPD)</u>

---

### PREVIOUS COURT ACTION

On April 7, 2021, the defendant's term of supervision was modified to include participation in the location monitoring program for a period of 60 days. He completed said program successfully on June 11, 2021.

### NONCOMPLIANCE SUMMARY

**Violation of Standard Condition No. 7:** "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician."

**Violation of Special Condition:** "The defendant shall refrain from the use of alcohol and all other intoxicants during the term of supervision."

**Nature of Non-compliance:** On June 24, 2021, Linville submitted to a random drug test which returned positive for amphetamines on July 1, 2021. The drug test was noted to be inconsistent with normal human urine. On July 9, 2021 during an administrative staffing with this writer and

the Supervisory Probation Officer, Linville admitted to smoking methamphetamine on or about June 24, 2021. He signed an admission of use form and was verbally admonished for his drug use. On July 9, 2021, a drug test collected in the U.S. Probation Office returned presumptively positive for amphetamines and methamphetamine. When asked about continued drug use, Linville denied further use following his admitted use on June 24, 2021. Due to Linville's drug use, a sweat patch was applied. It is probable such will also return positive for narcotics.

**U.S. Probation Officer Action:** The probation office respectfully requests no adverse action be taken at this time. Linville will be monitored via random drug testing and closely monitored for compliance. Accordingly, the Court reserves the right to revisit this allegation in the future. In addition, should Linville incur any further violations, the Court will be immediately notified.

Approved by,

Hector J. Garcia
Supervising U.S. Probation Officer

Respectfully submitted,

Heather M. Durand
Sr. U.S. Probation Officer
Date: July 9, 2021

## THE COURT ORDERS:

[✓] No Action

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other _____

Honorable Susan Hightower
United States Magistrate Judge

Date: July 13, 2021